▮ Thomas H. Williams, Appellant, v Philips Medical Systems (Cleveland), Inc., a Division of Philips Electronics North America Corporation, et al., Respondents. (Appeal No. 2.) [54 NYS3d 919]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 3, 2016. The order appointed a referee to hear and report on the reasonableness of attorneys' fees.

It is hereby ordered that the order so appealed from is affirmed without costs.

Same memorandum as in *Williams v Philips Med. Sys. (Cleveland), Inc.* ([appeal No. 1] 152 AD3d 1199 [2017]).

All concur except Smith and Scudder, JJ., who dissent and vote to reverse in accordance with the same dissenting memorandum as in *Williams v Philips Med. Sys. (Cleveland), Inc.* ([appeal No. 1] 152 AD3d 1199 [2017]). Present—Whalen, P.J., Smith, Carni, Curran and Scudder, JJ.